COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re James Wesley Groves and Keith Gross, Relators

Appellate case number:      01-15-00537-CV

Trial court case number:    2008-14866

Trial court:                311th District Court of Harris County

Relators, James Wesley Groves and Keith Groves, have filed a petition for a writ of mandamus challenging the trial court's April 28, 2015 oral ruling. On October 8, 2015, Gross filed a verified emergency motion to stay enforcement of the trial court's "order." The motion is **granted**. The trial court's April 28, 2015 order is stayed. *See* TEX. R. APP. P. 52.10(b). The stay is effective until disposition of the petition for a writ of mandamus or further order of this Court.

It is so ORDERED.

Judge's signature: /s/Justice Russell Lloyd
                   ☒  Acting individually     ☐  Acting for the Court

Date: October 9, 2015